OPINION — AG — **** CERTIFICATION OF CHILDREN FOR CRIMINAL PROCEEDINGS **** BOTH MALES AND FEMALES UNDER EIGHTEEN YEARS OF AGE, ALTHOUGH LEGALLY DEFINED AS CHILDREN, MAY BE PROSECUTED FOR CRIME OF WHICH THEY ARE ACCUSED PROVIDED THEY ARE CHARGED WITH DELINQUENCY AND, AFTER HEARING, CERTIFIED BY THE COURT FOR PROPER CRIMINAL PROCEEDINGS AS SET OUT IN 10 O.S. 1969 Supp., 1112 [10-1112] (10 O.S.Supp. 1969, 1112, 10 O.S. 1971 1112 [10-1112]). (NORMAN CANNON)